B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>**WESTERN DISTRICT OF TEXAS**<br>**EL PASO DIVISION** | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**HM Ventira Corporation** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **74-2895186** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**PO Box 13092**<br>**El Paso, TX** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP CODE **79913** | ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**El Paso** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP CODE | ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |
|---|---|

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**  (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee**  (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**        **Chapter 11 Debtors**

- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13) | Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **HM Ventira Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>　　　　　　　　　　　　　　　　　　Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>　　☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.<br><br>If this is a joint petition:<br>　　☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>　　_____<br>　　(Name of landlord that obtained judgment)<br><br><br>　　_____<br>　　(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (04/13)                                                                                                                    Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **HM Ventira Corporation** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br><br>X_____<br><br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **/s/ Omar Maynez**<br>**Omar Maynez**                     Bar No. **24043807**<br><br>**Maynez Law**<br>**1812 Hunter Drive**<br>**EL PASO, Texas 79915**<br><br>Phone No. **(915) 599-9100**     Fax No. **(915) 613-4248**<br><br>4/28/2015<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**HM Ventira Corporation**<br><br>X **/s/ Cesar Herrera**<br>Signature of Authorized Individual<br><br>**Cesar Herrera**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**4/28/2015**<br>Date | Address<br>X_____<br><br>_____<br>Date<br>Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# Shareholder Resolutions of HM Ventura Corporation

I, the undersigned, Cesar Herrera, being the President of HM Ventura Corporation, verify that the corporate resolutions described below were made and adopted at the Special Shareholder's Meeting held on April 8, 2015 at 11:00 a.m. at the Office of Omar Maynez, Esq., located at 1812 Hunter Drive, El Paso, TX 79915, in El Paso County, Texas.

1. The meeting was called to order. It was determined that a quorum was present in person or by proxy, and the meeting could conduct business.

   The following shareholders were present:

   | Names of Shareholders: | Percentage of Shares: |
   |---|---|
   | Cesar Herrera | 50% |
   | Steve Cooney | 28% |

   The following shareholders by proxy:

   | | |
   |---|---|
   | Claudia Herrera | 7% |

2. It was determined and reported that notice of the meeting has been properly given or waived by shareholders in accordance with the bylaws.

3. After motions were made and objections considered, the proposed resolutions were voted on, the vote count was as follows:

   | Resolution: | Percentage Vote | |
   |---|---|---|
   | | YES | NO |
   | RESOLUTION ONE | 57% | 28% |
   | RESOLUTION TWO | 57% | 28% |
   | RESOLUTION THREE | 57% | 28% |
   | RESOLUTION FOUR | 57% | 28% |
   | RESOLUTION FIVE | 57% | 28% |

4. In accordance with State law and the bylaws of this corporation, by the consent of the majority of the shareholders as shown in 3. above, siad resolutions were adopted as if they were made at a regularly called meeting of the shareholders of this corporation, said resolutions are as follows:

**RESOLUTION ONE:** IT IS RESOLVED, that the names and ownership percentage of the shareholders are confirmed to be as follows:

| | |
|---|---|
| Cesar Herrera | 50% |
| Steve Cooney | 28% |
| Paul Cooney | 15% |
| Claudia Herrera | 7% |

**RESOLUTION TWO:** IT IS RESOLVED, that Cesar Herrera shall have full access to all of HM Ventura's financial accounts for the exclusive purpose of paying liabilities to creditors who are not insiders of HM Ventura.

**RESOLUTION THREE:** IT IS RESOLVED, that, the corporation is insolvent and in anticipation of the filing for bankruptcy protection, no distributions or debt payments shall be made to officers, directors, shareholders or insiders of HM Ventura Corporation.

**RESOLUTION FOUR:** IT IS RESOLVED, that Cesar Herrera on behalf of HM Ventura shall be authorized to ratify the retention of counsel for filing bankruptcy.

**RESOLUTION FIVE:** IT IS RESOLVED, that Cesar Herrera shall be authorized to sign the bankruptcy petition, statements, and schedules, and any other documents required for HM Ventura to seek protection under Chapter 11 of the Bankruptcy Code.

5. The officers of this corporation are authorized to perform the acts to carry out this corporate shareholder resolution.

By: _____
Cesar Herrera, President
HM Ventura Corporation

**STATE OF TEXAS** )

**COUNTY OF EL PASO** )

Subscribed and sworn before me by Cesar Herrera on this the 14th Day of April, 2015.

Norma Castro
My Commission Expires
06/19/2016

_____
Norma Castro, Notary Public
In and for the State of Texas

**Resolutions of HM Ventura Corporation**                    **Page 2 of 2**

B6A (Official Form 6A) (12/07)

In re  **HM Ventira Corporation**                                      Case No. _____
                                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **HM Ventira Corporation**                                      Case No. _____
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Business Checking, last 4 digits: 1620

International Bank, Two Accounts | $800.00

$60.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **HM Ventira Corporation**                                  Case No. _____

                                                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **HM Ventira Corporation**                                         Case No. _____
                                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Operating Capital reimbursement owed to HM Ventura by Globe Builders, LLC. on YCCA Park Extension Project | $95,000.00 |
| | | City of El Paso: final payment on Polar Park Project | $21,000.00 |
| | | Accounts receivable from Nutek Construction on Montrose and Jerry Lewis Projects | $8,500.00 |
| | | Claim for damages incident to breach of contract against Paul Cooney | $370,000.00 |
| | | Claim against Stephen Cooney for reimbursement of company funds | $15,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **HM Ventira Corporation**

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 1990 L9000 Dump Truck, 2005 Utility Trailer, Plate Temper, Stripe Machine | | $6,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **HM Ventira Corporation**                                         Case No. _____

                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

                                                    ___4___ continuation sheets attached     **Total  >**    **$516,860.00**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **HM Ventira Corporation**                                    Case No. _____

                                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |

| | | | |
|---|---|---|---|
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$0.00** | **$0.00** |

B6D (Official Form 6D) (12/07)

In re  **HM Ventira Corporation**                                   Case No. _____
                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxx xxxx xxxject**<br><br>**Philadelphia Insurace Companies**<br>**P.O. Box 13092**<br>**El Paso, TX 79915** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Notice Only**<br>COLLATERAL:<br>**Polar Park Project**<br>REMARKS:<br><br><br>VALUE:  **$116,000.00** | | | X | **$24,977.34** | |
| ACCT #: **xxxxx xxxx xxxject**<br><br>**Philadelphia Insurace Companies**<br>**P.O. Box 13092**<br>**El Paso, TX 79915** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Notice Only**<br>COLLATERAL:<br>**Barrio Park Project**<br>REMARKS:<br><br><br>VALUE:  **$103,500.00** | | | X | **$15,903.00** | |
| ACCT #:<br><br>**Tiguas Enterprises Inc.**<br>**1025 Wall Street**<br>**El Paso, TX 79915** | | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br>**1990 L9000 Dump Truck, 2005 Utility Trailer, Plate**<br>REMARKS:<br><br><br>VALUE:  **$6,500.00** | | | | **$12,000.00** | **$5,500.00** |
| **Representing:**<br>**Tiguas Enterprises Inc.** | | **Francisco Ortega**<br>**ScottHulse**<br>**1100 Chase Tower**<br>**201 E. Main Drive**<br>**El Paso, TX 79901** | | | | **Notice Only** | **Notice Only** |

|  |  |
|---|---|
| Subtotal (Total of this Page) > | **$52,880.34** | **$5,500.00** |
| Total (Use only on last page) > | **$52,880.34** | **$5,500.00** |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  **HM Ventira Corporation**                                    Case No. _____
                                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **HM Ventira Corporation**
Case No. _____
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Internal Revenue Service** <br> **Centralized Insolvency Office** <br> **P. O. Box 7346** <br> **Philadelphia, PA 19101-7346** | | DATE INCURRED: <br> CONSIDERATION: <br> **941 Taxes** <br> REMARKS: | | | | **$33,617.20** | **$33,617.20** | **$0.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | **$33,617.20** | **$33,617.20** | **$0.00** |
|---|---|---|---|---|
| | Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | **$33,617.20** | | |
| | Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | **$33,617.20** | **$0.00** |

B6F (Official Form 6F) (12/07)

In re  **HM Ventira Corporation**                                    Case No. _____
                                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Ahern Rentals** <br> **PO Box 271390** <br> **Las Vegas, NV 89127** | | DATE INCURRED: <br> CONSIDERATION: <br> <br> REMARKS: | | | | **$550.88** |
| ACCT #: <br> **Baldwin-Cox Agency** <br> **5930 Presto View Blvd Ste 200** <br> **Dallas, TX 75240** | | DATE INCURRED: <br> CONSIDERATION: <br> **Bond Broker** <br> REMARKS: | | x | | **Notice Only** |
| ACCT #: <br> **Baron Irrigation Supply Inc.** <br> **8888 Sandhill Court** <br> **El Paso, TX 79907** | | DATE INCURRED: <br> CONSIDERATION: <br> **This Creditor has Bond by Debtor** <br> REMARKS: <br> **This Creditor has Bond by Debtor** | | | | **$6,282.73** |
| ACCT #: <br> **Baron Supply** <br> **PO Box 2632** <br> **Anthony, NM 88021** | | DATE INCURRED: <br> CONSIDERATION: <br> <br> REMARKS: | | | | **$716.75** |
| ACCT #:  **x8916** <br> **Blue Line Rental** <br> **PO Box 840062** <br> **Dallas, TX 75284** | | DATE INCURRED: <br> CONSIDERATION: <br> <br> REMARKS: | | | | **$1,585.69** |
| ACCT #: <br> **C & L Plumbing Supply Co. Inc.** <br> **4300 Rosa Street** <br> **El Paso, TX 79905** | | DATE INCURRED: <br> CONSIDERATION: <br> <br> REMARKS: | | | | **$4,206.08** |
| | | | | | Subtotal > | **$13,342.13** |
| | | | | | Total > | |

_____**4**_____continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **HM Ventira Corporation**                              Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xx05-00**<br>**Camino Real Regional Utility**<br>**PO Box 429**<br>**Sunland Park, NM 88063** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$114.43** |
| ACCT #:  **xxx2509**<br>**Cemex**<br>**PO Box 730197**<br>**Dallas, TX 75373** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$5,581.84** |
| ACCT #:<br>**Cesar and Claudia Herrera**<br>**224 Hidden Crest**<br>**El Paso, TX 79912** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Shareholders of HM Ventura** | X | | | **Notice Only** |
| ACCT #:  **xx-xxx7.301**<br>**El Paso Water Utilities**<br>**P.O. BOX 511**<br>**El Paso, Texas 79961-0511** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | **$185.14** |
| ACCT #:<br>**Exerplay Inc.**<br>**PO Box 1160**<br>**Cedar Crest, NM 87008** | | DATE INCURRED:<br>CONSIDERATION:<br>**This Creditor has Bond by Debtor**<br>REMARKS:<br>**This Creditor has Bond by Debtor** | | | | **$14,436.00** |
| ACCT #:  **x5869**<br>**Foxworth Galbraith Lbr. Co.**<br>**7150 Industrial Ave.**<br>**El Paso, TX 79915** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$378.47** |

Sheet no. _____1_____ of _____4_____ continuation sheets attached to                                    **Subtotal >**   |   $20,695.88
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**
                                              **(Use only on last page of the completed Schedule F.)**
                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **HM Ventira Corporation**                    Case No. _____
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx5852**<br>**Franks Supply Company Inc.**<br>**1211 Barranca**<br>**El Paso, TX 79935** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$2,525.77** |
| ACCT #:<br>**Gardner Turf Grass Inc.**<br>**PO Box 18**<br>**Santa Teresa, NM 88008** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,764.57** |
| ACCT #:  **1987**<br>**JOBE Materials**<br>**1150 Southview Drive**<br>**El Paso, TX 79928** | | DATE INCURRED:<br>CONSIDERATION:<br>**This Creditor has Bond by Debtor**<br>REMARKS:<br>**This Creditor has Bond by Debtor** | | | | **$6,018.86** |
| ACCT #:<br>**Jorge A. Echavarria**<br>**200 Sofia**<br>**El Paso, TX 79905** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$18,740.00** |
| ACCT #:<br>**JV Machinery and Tools**<br>**968 Tony Lama**<br>**El Paso, TX 79915** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$3,489.28** |
| ACCT #:<br>**Paul D. Cooney**<br>**925 S Walnut St**<br>**Las Cruces, NM 88001** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Shareholder of HM Ventura** | X | X | X | **Unknown** |

Sheet no. ____**2**____ of ____**4**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$32,538.48**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **HM Ventira Corporation**                                    Case No. _____
                                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Raul Martinez dba Delta Electric**<br>**Delta Electric**<br>**NO ADDRESS** | | DATE INCURRED:<br>CONSIDERATION:<br>**This Creditor has Bond by Debtor**<br>REMARKS:<br>**This Creditor has Bond by Debtor** | | | | **$5,000.00** |
| ACCT #:<br>**Rene Reyes**<br>**1301 N. Oregon**<br>**El Paso, TX 79902** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$9,050.00** |
| ACCT #:<br>**Sarabias Portable Jons**<br>**5853 Welch Ave**<br>**El Paso, TX 79905** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$365.00** |
| ACCT #:<br>**Sierra Vista Wholesale Growers Inc.**<br>**PO Box 225**<br>**Chamberino, NM 88027** | | DATE INCURRED:<br>CONSIDERATION:<br>**This Creditor has Bond by Debtor**<br>REMARKS:<br>**This Creditor has Bond by Debtor** | | | | **$9,142.75** |
| ACCT #:<br>**Stephen Cooney**<br>**850 River Oaks**<br>**El Paso, TX 79912** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Shareholder of HM Ventura** | X | X | | **Notice Only** |
| ACCT #:  **xxxxx1175**<br>**Travelers**<br>**PO Box 660317**<br>**Dallas, TX 75266** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$7,222.91** |

Sheet no. ____3____ of ____4____ continuation sheets attached to                    Subtotal >          **$30,780.66**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                        Total >
                                                            (Use only on last page of the completed Schedule F.)
                                                            (Report also on Summary of Schedules and, if applicable, on the
                                                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **HM Ventira Corporation**                                    Case No. _____

                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Troy C. Brown, P.C.** <br> **401 W. Vinton Rd** <br> **Anthony, TX 79821** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only for Stephen Cooney** <br> REMARKS: | | | | **Notice Only** |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ____4____ of ____4____ continuation sheets attached to                     **Subtotal >** | **$0.00** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          **Total >** | **$97,357.15** |
                                       **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **HM Ventira Corporation**                                    Case No. _____
                                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **City of El Paso**<br>c/o Assistant City Attorney<br>300 N. Campbell<br>El Paso, TX 79901 | El Barrio Park (fence installation only)<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **HM Ventira Corporation**                                    Case No. _____
                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re  **HM Ventira Corporation**                                          Case No.

                                                                      Chapter    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $516,860.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $52,880.34 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $33,617.20 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $97,357.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 16 | $516,860.00 | $183,854.69 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **HM Ventira Corporation**                                              Case No. _____

                                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____*President*_____ of the _____**Corporation**_____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of

_____**18**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **4/28/2015**_____              Signature _**/s/ Cesar Herrera**_____

                                                                                       ***Cesar Herrera***
                                                                                       ***President***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re:  **HM Ventira Corporation**                                       Case No.  _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None
☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $911,791.00 | 2013 Gross Receipts from HM Ventura |
| $996,000.00 | 2014 Gross Receipts from HM Ventura (approximate) |
| $69,757.88 | 2015 YTD Gross Receipts from HM Ventura |

---

None
☑

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☐

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Tiguas Enterprises Inc.<br>1025 Wall Street<br>El Paso, TX 79915 | March 20, 2015 First payment on settlement agreement Defaulted on second of three payments | $15,000.00 | $12,000.00 |
| Raul Martinez dba Delta Electric<br>5830 Ridge Drive<br>Santa Teresa, NM 88008 | $2,500.00<br>$15,000.00<br>$170.00 | $17,670.00 | $5,000.00 |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re:  **HM Ventira Corporation**                                    Case No.  _____

                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
### Continuation Sheet No. 1

| | | | |
|---|---|---|---|
| **Sierra Vista Wholesale Growers Inc.**<br>**PO Box 225**<br>**Chamberino, NM 88027** | **March 16, 2015** | **$4,500.00** | **$9,142.00** |
| **Foxworth Galbraith Lbr. Co.**<br>**7150 Industrial Ave.**<br>**El Paso, TX 79915** | **Jan 21, 2015:**<br>**$547.63** | **$547.63** | **$378.47** |
| **Helas Construction Inc.**<br>**12710 Research Blvd Ste 240**<br>**Austin, TX 78759** | **Feb 13, 2015** | **$6,300.00** | **$0.00** |
| **Ferguson**<br>**6914 Industrial Blvd**<br>**El Paso, TX 79915** | **Payments of**<br>**$2,000 ( March**<br>**2015) and**<br>**$5,000 ( April**<br>**2015) to settle**<br>**claim for**<br>**less than**<br>**amount owed** | **$7,000.00** | **$0.00** |
| **JV Machinery and Tools**<br>**968 Tony Lama**<br>**El Paso, TX 79915** | **Feb 24, 2015:**<br>**$500.00** | **$500.00** | **$3,489.28** |
| **Diego Adame dba Eltec**<br>**1603 Playa del Sol**<br>**El Paso, TX 79911** | **Feb 2, 2015:**<br>**$3,580.33**<br>**Feb 11, 2015:**<br>**$3,580.33**<br>**Jan 22, 2015:**<br>**$3,580.33** | **$10,741.00** | **$0.00** |

None
☐   c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR<br>AND RELATIONSHIP TO DEBTOR | DATE OF<br>PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Paul D. Cooney**<br>**925 S Walnut St**<br>**Las Cruces, NM 88001**<br><br>**Shareholder 15%** | **Jun, July, Aug,**<br>**September**<br>**2014**<br>**Monthly**<br>**Interest**<br>**Payments** | **$6,400.00** | **$13,000.00** |

None
☐   **4. Suits and administrative proceedings, executions, garnishments and attachments**

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND<br>CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Tigua Emterprises, Inc v. HM**<br>**Ventura Corporation, Case**<br>**Number 2015DCV0820** | **Breach of Contract** | **327th Judicial District**<br>**Court** | **Settled. Settlement**<br>**Agreement breached**<br>**by Debtor. Litigation**<br>**resumed.** |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re:   **HM Ventira Corporation**                                        Case No. _____

                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

| | | | |
|---|---|---|---|
| Ferguson Enterprises, Inc.v HM Ventura Corporation d/b/a Quality Homes and Cesar Herrera. Cause Number 2014DCV2146 | Breach of Contract | 346th District Court, El Paso County, Texas | Settled, dismissal pending. |
| Globe Buiders, LLC v HM Ventura Corporation, Cause Number 2015DCV | Breach of Contract | 384th District Court, El Paso County, Texas | Pending |

None
☑  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None
☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None
☑  a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None
☑  List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None
☐  List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Lot and 1600 sq ft office building. 409 South Gleenwood El Paso, TX 79905 Bought in 2013 for $50,000.00 | Office building burned down. $15,000.00 paid by insurance. Lot sold as-is for $67,000.00<br><br>Net proceeds of sale after paying off mortage: $17,320.54. | Jaun 7, 2015 |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re:  **HM Ventira Corporation**                                         Case No. _____

                                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

entire insurance and sale proceeds used in
operations.

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Omar Maynez, esq<br>1812 Hunter Drive<br>El Paso, TX 79915 | April 24, 2015 | $3,283.00 |

---

**10. Other transfers**

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| First Savings Bank | Checking | April 2014, Balance $10.00 |

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re:  **HM Ventira Corporation**                    Case No.  _____

                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None
☐

### 15. Prior address of debtor

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| Other Address Used:<br>**299 Shadow Mountain**<br>**El Paso, TX 79912** | **same** | **Feb 2013 to Aug 2014** |
| Other Address Used<br>**409 S Gleenwood**<br>**El Paso, TX 79915** | **Same** | **August 2014 to Jan 2015** |
| Other Address Used;<br>**224 Hidden Crest**<br>**El Paso, TX 79912** | **Same** | **Cesar Ventura's personal residence since 2007** |
| Other Address Used:<br>**3009 Pershing Unit**<br>**El Paso, TX 79903** | **Same** | **Address of former accountant Address not valid since around 2004** |

---

None
☑

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re:  **HM Ventira Corporation**                                   Case No. _____

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None
☑  ### 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

---

None
☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

None
☐  ### 19. Books, records and financial statements

a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                          **DATES SERVICES RENDERED**

**Rene Reyes**                                              **2005 to Present**
**1301 North Oregon**
**El PAso, TX 79902**
**Tel: 915-542-0550**

---

None
☑  b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re:  **HM Ventira Corporation**                                                          Case No.  _____

                                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

---

**20. Inventories**

None ☑  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑  b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Cesar Herrera<br>224 Hidden Crest<br>El Paso, TX 79912 | President | 50% shareholder |
| Claudia Herrera<br>224 Hidden Crest<br>El Paso, TX 79912 | Secretary | 7% shareholder |
| Paul D. Cooney<br>925 S Walnut St<br>Las Cruces, NM 88001 | None | 15% Shareholder |
| Stephen Cooney<br>850 River Oaks<br>El Paso, TX 79912 | | 28% Shareholder |

---

**22. Former partners, officers, directors and shareholders**

None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑  b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re:  **HM Ventira Corporation**                                        Case No. _____
                                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

**25. Pension Funds**

None
☑    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **4/28/2015** _____               Signature   **/s/ Cesar Herrera** _____
                                                                                                                       **Cesar Herrera**
                                                                                                                       **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:  **HM Ventira Corporation**

Case No.

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | | 941 Taxes | | **$33,617.20** |
| Jorge A. Echavarria<br>200 Sofia<br>El Paso, TX 79905 | | | | **$18,740.00** |
| Exerplay Inc.<br>PO Box 1160<br>Cedar Crest, NM 87008 | | This Creditor has Bond by Debtor | | **$14,436.00** |
| Sierra Vista Wholesale Growers Inc.<br>PO Box 225<br>Chamberino, NM 88027 | | This Creditor has Bond by Debtor | | **$9,142.75** |
| Rene Reyes<br>1301 N. Oregon<br> El Paso, TX 79902 | | | | **$9,050.00** |
| Travelers<br>PO Box 660317<br>Dallas, TX 75266 | | | | **$7,222.91** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

IN RE:  **HM Ventira Corporation**                                    Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Baron Irrigation Supply Inc.<br>8888 Sandhill Court<br>El Paso, TX 79907 | | This Creditor has Bond by Debtor | | **$6,282.73** |
| JOBE Materials<br>1150 Southview Drive<br>El Paso, TX 79928 | | This Creditor has Bond by Debtor | | **$6,018.86** |
| Cemex<br>PO Box 730197<br>Dallas, TX 75373 | | | | **$5,581.84** |
| Tiguas Enterprises Inc.<br>1025 Wall Street<br>El Paso, TX 79915 | | | | **$12,000.00**<br>**Value: $6,500.00** |
| Raul Martinez dba Delta Electric<br>Delta Electric<br>NO ADDRESS | | This Creditor has Bond by Debtor | | **$5,000.00** |
| C & L Plumbing Supply Co. Inc.<br>4300 Rosa Street<br>El Paso, TX 79905 | | | | **$4,206.08** |
| JV Machinery and Tools<br>968 Tony Lama<br>El Paso, TX 79915 | | | | **$3,489.28** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:  **HM Ventira Corporation**                                    Case No.

                                                                      Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Franks Supply Company Inc. 1211 Barranca El Paso, TX 79935 | | | | **$2,525.77** |
| Gardner Turf Grass Inc. PO Box 18 Santa Teresa, NM 88008 | | | | **$1,764.57** |
| Blue Line Rental PO Box 840062 Dallas, TX 75284 | | | | **$1,585.69** |
| Baron Supply PO Box 2632 Anthony, NM 88021 | | | | **$716.75** |
| Ahern Rentals PO Box 271390 Las Vegas, NV 89127 | | | | **$550.88** |
| Foxworth Galbraith Lbr. Co. 7150 Industrial Ave. El Paso, TX 79915 | | | | **$378.47** |
| Sarabias Portable Jons 5853 Welch Ave El Paso, TX 79905 | | | | **$365.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:   **HM Ventira Corporation**                                          Case No.

                                                                                        Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**4/28/2015**_____        Signature:__**/s/ Cesar Herrera**_____

                                                                                        ***Cesar Herrera***
                                                                                        **President**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:   **HM Ventira Corporation**                                          CASE NO

                                                                                CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/28/2015 _____         Signature  */s/ Cesar Herrera* _____
                                                                        *Cesar Herrera*
                                                                      *President*

Date _____     Signature _____

Ahern Rentals
PO Box 271390
Las Vegas, NV 89127

Baldwin-Cox Agency
5930 Presto View Blvd Ste 200
Dallas, TX 75240

Baron Irrigation Supply Inc.
8888 Sandhill Court
El Paso, TX 79907

Baron Supply
PO Box 2632
Anthony, NM 88021

Blue Line Rental
PO Box 840062
Dallas, TX 75284

C & L Plumbing Supply Co. Inc.
4300 Rosa Street
El Paso, TX 79905

Camino Real Regional Utility
PO Box 429
Sunland Park, NM 88063

Cemex
PO Box 730197
Dallas, TX 75373

Cesar and Claudia Herrera
224 Hidden Crest
El Paso, TX 79912

City of El Paso
c/o Assistant City Attorney
300 N. Campbell
El Paso, TX 79901

El Paso Water Utilities
P.O. BOX 511
El Paso, Texas 79961-0511

Exerplay Inc.
PO Box 1160
Cedar Crest, NM 87008

Foxworth Galbraith Lbr. Co.
7150 Industrial Ave.
El Paso, TX 79915

Francisco Ortega
ScottHulse
1100 Chase Tower
201 E. Main Drive
El Paso, TX 79901

Franks Supply Company Inc.
1211 Barranca
El Paso, TX 79935

Gardner Turf Grass Inc.
PO Box 18
Santa Teresa, NM 88008

Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Special Procedures Staff - Insolven
P. O. Box 7346
Philadelphia, PA 19101-7346

JOBE Materials
1150 Southview Drive
El Paso, TX 79928

Stephen Cooney
850 River Oaks
El Paso, TX 79912

Jorge A. Echavarria
200 Sofia
El Paso, TX 79905

Tiguas Enterprises Inc.
1025 Wall Street
El Paso, TX 79915

JV Machinery and Tools
968 Tony Lama
El Paso, TX 79915

Travelers
PO Box 660317
Dallas, TX 75266

Paul D. Cooney
925 S Walnut St
Las Cruces, NM 88001

Troy C. Brown, P.C.
401 W. Vinton Rd
Anthony, TX 79821

Philadelphia Insurace Companies
P.O. Box 13092
El Paso, TX 79915

United States Attorney
Internal Revenue Service
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216

Raul Martinez dba Delta Electric
Delta Electric
NO ADDRESS

United States Attorney General
Department of Justice
United States Trustee Program
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Rene Reyes
1301 N. Oregon
 El Paso, TX 79902

United States Trustee
615 E. Houston, Suite 533
San Antonio, TX 78205

Sarabias Portable Jons
5853 Welch Ave
El Paso, TX 79905

Sierra Vista Wholesale Growers Inc.
PO Box 225
Chamberino, NM 88027